Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    138 Greene Retail, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    47-5594469

4. **Debtor's address**

   **Principal place of business**
   c/o Ascot Properties NYC, LLC
   1000 S. Pointe Drive, # 1001
   Miami Beach, FL 33139
   Miami-Dade County

   **Mailing address, if different from principal place of business**

   **Location of principal assets, if different from principal place of business**
   138 Greene St
   New York, NY 10006

5. **Debtor's website (URL)**    _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  __138 Greene Retail, LLC_____    Case number *(if known)*_____
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>531120 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　　☐ A plan is being filed with this petition.<br>　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>　　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　Case number, if known _____ |

Official Form 201　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　page **2**

Debtor  138 Greene Retail, LLC
_____Name_____

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number    Street

_____

_____
City                                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

| Debtor | 138 Greene Retail, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/27/2025
MM / DD / YYYY

✘ /s/ Amarjit S. Bhalla          Amarjit S. Bhalla
Signature of authorized representative of debtor     Printed name

Title Authorized Signatory

**18. Signature of attorney**

✘ /s/ Mark Frankel          Date 01/27/2025
Signature of attorney for debtor          MM / DD / YYYY

Mark Frankel
Printed name

Backenroth Frankel & Krinsky, LLP
Firm name

488 Madison Avenue FL 23
Number    Street

NEW YORK          NY     10022-7658
City          State     ZIP Code

212-593-1100          mfrankel@bfklaw.com
Contact phone          Email address

3010238          NY
Bar number          State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                           Chapter 11

    138 Greene Retail, LLC,                                    Case no.  24-_____

        Debtor.

----------------------------------------------------------x

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, Amarjit S. Bhalla, as Authorized Signatory of 138 Greene Retail, LLC, declare that the following is a true and correct copy of the resolutions adopted a special meeting duly called and held on the twenty seventh day of January, 2025.

      "Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that Amarjit S. Bhalla, as Authorized Signatory is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy; and

      Be It Further Resolved, that Amarjit S. Bhalla, as Authorized Signatory is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

      Be It Further Resolved, that Amarjit S. Bhalla, as Authorized Signatory, is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP in such bankruptcy case."

Date    January 27, 2025

                                                      /s/ Amarjit S. Bhalla, as Authorized Signatory

# **RESOLUTION**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Amarjit S. Bhalla, as Authorized Signatory is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy; and

Be It Further Resolved, that Amarjit S. Bhalla, as Authorized Signatory, is authorized and directed to appear in all bankruptcy proceedings on, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents with such bankruptcy case, and

Be It Further Resolved, that Amarjit S. Bhalla, as Authorized Signatory, is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP in such bankruptcy case.

Ascot Properties NYC, LLC
1200 Brickell Avenue, Suite 1101
Miami, FL 33131

City of New York
c/o New York City Law Dept
100 Church St
New York, NY 10007

Coritsidis & Lambros, LLC
46 Trinity Place, 4th Floor
New York, NY 10006

Greene Street Holding Corp.
c/o EBMG, LLC
369 Willis Avenue
Mineola, NY 11501

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

LB Retail LLC
46 Trinity PL
New York
NY 10006

New York State Dept Finance
Bankruptcy Unit
POB 5300
Albany, NY 12205

NYC Dept Bldgs
280 Broadway
New York, NY 10007

NYC Dept Env. Prot.
59-17 Junction Blvd Fl 13
Elmhurst, NY 11373

NYC Dept. Finance
375 Pearl Street 30th Fl
Attn: Legal Affairs
Brooklyn, NY 11201

NYC Housing Pres. Dev.
100 Gold St
New York, NY 10038

NYC Water Board
POB 11863
Newark, NJ 07101

NYS Attorney General
28 Liberty St.
New York, NY 10005

Office of United States Trustee
One Bowling Green
New York, NY 10007

SIG CRE 2023 Venture, LLC
c/o Rialto Capital Advisors, LLC
200 South Biscayne Blvd., Suite 3550
Miami, FL 33131

U.S. Small Business Administration
POB 3918
Portland, OR 97208-3918

United States Attorney
1 Saint Andrews Plaza
New York, NY 10007

United States SEC
Attn: Bankruptcy
200 Vesey St. Suite 400

United States Bankruptcy Court

Southern District of New York

In re: 138 Greene Retail, LLC

Debtor(s)

Case No.

Chapter  11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/27/2025

/s/ Amarjit S. Bhalla
Signature of Individual signing on behalf of debtor

Authorized Signatory
Position or relationship to debtor