# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 1/28/2025 |
| Case: 25−10129−pb | Form ID: 309F1 | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | 138 Greene Retail, LLC | c/o Ascot Properties NYC, LLC | 1000 S. Pointe Drive, # 1001 | Miami Beach, FL 33139 |
| ust | United States Trustee | Office of the United States Trustee – NY | Alexander Hamilton Custom House | One Bowling Green, Room 534  New York, NY 10004−1408 |
| aty | Mark A. Frankel | Backenroth Frankel & Krinsky, LLP | 488 Madison Ave., 23rd Floor | New York, NY 10022 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor  New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 |
| 8538960 | Ascot Properties NYC, LLC | 1200 Brickell Avenue, Suite 1101 | Miami, FL 33131 | |
| 8538961 | City of New York | c/o New York City Law Dept | 100 Church St | New York, NY 10007 |
| 8538962 | Coritsidis & Lambros, LLC | 46 Trinity Place, 4th Floor | New York, NY 10006 | |
| 8538963 | Greene Street Holding Corp. | c/o EBMG, LLC | 369 Willis Avenue | Mineola, NY 11501 |
| 8538964 | Internal Revenue Service | POB 7346 | Philadelphia, PA 19101 | |
| 8538965 | LB Retail LLC | 46 Trinity PL | New York | NY 10006 |
| 8538967 | NYC Dept Bldgs | 280 Broadway | New York, NY 10007 | |
| 8538968 | NYC Dept Env. Prot. | 59−17 Junction Blvd Fl 13 | Elmhurst, NY 11373 | |
| 8538969 | NYC Dept. Finance | 375 Pearl Street 30th Fl | Attn: Legal Affairs | Brooklyn, NY 11201 |
| 8538970 | NYC Housing Pres. Dev. | 100 Gold St | New York, NY 10038 | |
| 8538971 | NYC Water Board | POB 11863 | Newark, NJ 07101 | |
| 8538972 | NYS Attorney General | 28 Liberty St. | New York, NY 10005 | |
| 8538966 | New York State Dept Finance | Bankruptcy Unit | POB 5300 | Albany, NY 12205 |
| 8538973 | Office of United States Trustee | One Bowling Green | New York, NY 10007 | |
| 8538974 | SIG CRE 2023 Venture, LLC | c/o Rialto Capital Advisors, LLC | 200 South Biscayne Blvd., Suite 3550 | Miami, FL 33131 |
| 8538975 | U.S. Small Business Administration | POB 3918 | Portland, OR 97208−3918 | |
| 8538976 | United States Attorney | 1 Saint Andrews Plaza | New York, NY 10007 | |
| 8538977 | United States SEC | Attn: Bankruptcy | 200 Vesey St. Suite 400 | |

TOTAL: 26